UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CANDICE DAVIS,

    Plaintiff,

v.                                Case No: 2:22-cv-232-JLB-NPM

JEFFERSON CAPITAL SYSTEMS, LLC,

    Defendant.

## ORDER

Defendant has filed an Unopposed Motion to Strike Defendant's Notice of Removal. (Doc. 7.) Defendant represents that its notice of removal was "inadvertently filed twice," and that "[a]s this case is assigned the higher docket number, the notice of removal should be stricken, this matter closed, and the filing fee returned." (Id. at 1–2.) Plaintiff does not oppose the relief requested. (Id. at 2.) Upon review, the Clerk is **DIRECTED** to strike the Notice of Removal (Doc. 1), close this case, and refund the filing fee in this case. The Clerk is further **DIRECTED** to provide a copy of this Order to appropriate court personnel to process the refund.

**ORDERED** at Fort Myers, Florida, on April 18, 2022.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE